

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00151-CV

———————————————

IN RE VICKI ANN ORLOWSKI, Relator

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-747470-24

Before Wallach, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. Our previously issued stay of the trial in cause number 325-747470-24, styled *In the Matter of the Marriage of Matthew Orlowski and Vicki Ann Orlowski*, pending in the 325th District Court of Tarrant County, Texas, is hereby lifted.

Per Curiam

Delivered: April 11, 2025